JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MI OK MOON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>PRUCO LIFE INSURANCE COMPANY, a New Jersey Corporation, and DOES 1-25,<br><br>  Defendants.<br><br>PRUCO LIFE INSURANCE COMPANY, an Arizona Corporation, and DOES 1-25,<br><br>  Counter-Claimant,<br><br>v.<br><br>MI OK MOON, an individual,<br><br>  Counter-Defendant. | Case No. 2:16-cv-6217 JFW (GJSx)<br><br>**Hon. John F. Walter**<br><br>**JUDGMENT IN FAVOR OF DEFENDANT/COUNTER-CLAIMANT PRUCO LIFE INSURANCE COMPANY** |

The Court previously issued its Order Granting Motion By Defendant Pruco Life Insurance Company For Summary Judgment (Dkt. 37) and its Statement Of Decision Granting Defendant's Motion For Summary Judgment (Dkt. 38). For the reasons set forth in those orders, the Court now enters Judgment in favor of Defendant/Counter-Claimant Pruco Life Insurance Company.

**JUDGMENT is hereby entered as follows**:

1. Judgment is entered in favor of Defendant Pruco Life Insurance Company against Plaintiff Mi Ok Moon's entire Complaint. Plaintiff Mi Ok Moon shall take nothing on her Complaint.

2. Judgment is entered in favor of Counter-Claimant's Pruco Life Insurance Company on its Counterclaim against Plaintiff Mi Ok Moon. Counter-Claimant's properly rescinded life insurance policy number L9038302, which Defendant issued to the insured Jin Hyung Kim in 2014, with a face value of $120,000. That policy is rescinded.

DATED: March 21, 2017

THE HONORABLE JOHN F. WALTER
United States District Judge